No. 92–7038. SCHAEFER v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 92–7040. CARTER v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 92–7044. STANTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–7045. WILLIAMS v. GRAYSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–7046. CHIMAL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–7047. BRYANT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–7048. CAMPBELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–7050. SMITH v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 92–7051. BROWN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–7052. BAUGH v. ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 92–7053. BRYSON v. BESSINGER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–7054. BLACKMON v. MCMACKIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–7055. YORK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–7056. WHIGHAM v. FILENE'S DEPARTMENT STORE ET AL. C. A. 1st Cir. Certiorari denied.

No. 92–7057. SEIBERT v. DELO ET AL. C. A. 8th Cir. Certiorari denied.